AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  McNulty, Kevin | 2. Court or Organization  U.S. District Court - New Jersey | 3. Date of Report  05/01/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - article III, active status | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Federal Square
Newark, NJ 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate-deceased family member (Estate now closed-all distributed) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/27/18 | Santander Bank executor account - distribution of bequest from deceased relative | $36,109.00 |
| 2. 2/1/18 | Morgan Stanley - distribution of IRA from deceased relative | $26,128.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | French Cap Consulting, Inc. 1099 income, writer and editor |
| 2. 2018 | NJ Monthly 1099 income, writer |
| 3. 2018 | Gotham Writers' Workshop Inc. W2 income, writing instructor |
| 4. 2018 | Misc. individual clients, writer and editor |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNulty, Kevin | 05/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McNulty, Kevin** | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Brokerage account #1 (H) | | | | | | | | | |
| 2. -Fidelity core money market acct | | None | J | T | | | | | |
| 3. -Fidelity growth company mutual fund | D | Dividend | M | T | | | | | |
| 4. -Fidelity value mutual fund | C | Dividend | K | T | | | | | |
| 5. -Fidelity equity income mutual fund | B | Dividend | K | T | | | | | |
| 6. -Fidelity high income mutual fund | B | Dividend | K | T | | | | | |
| 7. -Fidelity corporate bond mutual fund | A | Dividend | K | T | | | | | |
| 8. Fidelity IRA #1 (H) | | | | | | | | | |
| 9. -Fidelity low priced stock mutual fund | A | Dividend | J | T | | | | | |
| 10. -Fidelity Four in One mutual fund | D | Dividend | N | T | | | | | |
| 11. Fidelity IRA #2 (H) | | | | | | | | | |
| 12. -Fidelity core money market acct | | None | J | T | | | | | |
| 13. -Fidelity high income mutual fund | C | Dividend | L | T | | | | | |
| 14. Fidelity IRA #3 (H) | | | | | | | | | |
| 15. -Fidelity core money market acct | | None | J | T | | | | | |
| 16. -Fidelity Four in One index fund | D | Dividend | N | T | | | | | |
| 17. Fidelity IRA #4 (rollover) (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Govt money market fund | A | Dividend | K | T | | | | | |
| 19. -Fidelity Blue Chip Growth mutual fund | E | Dividend | N | T | | | | | |
| 20. -Fidelity Equity Dividend Income mutual fund | E | Dividend | M | T | | | | | |
| 21. -Fidelity Mega Cap Stock mutual fund | E | Dividend | M | T | | | | | |
| 22. -Fidelity Strategic Dividend & Income mutual fund | D | Dividend | M | T | | | | | |
| 23. Fidelity Balanced mutual funds | E | Dividend | M | T | | | | | |
| 24. Vanguard Wellington mutual funds | C | Dividend | K | T | Sold (part) | 02/27/18 | J | | |
| 25. Vanguard IRA target retirement fund | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 26. American Express High Yield svgs account | C | Interest | N | T | | | | | |
| 27. Bank of America svgs & chkg accounts | A | Interest | K | T | | | | | |
| 28. Capital One High Yield chkg account | A | Interest | | | Closed | 04/16/18 | J | | |
| 29. Chase Bank chkg account | A | Interest | J | T | Open | 04/16/18 | J | | |
| 30. Santander ckg, svgs accounts (as estate executor) | A | Interest | | | Distributed | 06/27/18 | M | | |
| 31. -Morgan Stanley Bank cash acct (25% distributive share) | A | Interest | | | Distributed | 02/01/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNulty, Kevin | 05/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII lines 24 and 25.
Matched sale and purchase to contribute to IRA.

VII lines 30
11/13/2017 Appointed executor of estate of relative who died on 10/28/17.
Controlled assets on line 30 as fiduciary & received 25% share as distribution.
Estate closed

VII line 31 Account contained proceeds of liquidation of deceased's IRA in 2017 (see 2017 report).
Received 25% share as beneficiary
Entire IRA liquidated and distributed to beneficiaries

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin McNulty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544